IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 07 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.                                                   CRIMINAL NO. 1:16cr77HSO-JCG

MARIA BETANCOURT CASTILLO                            18 U.S.C. § 4

**The United States Attorney charges:**

That on or about sometime beginning in June 2016 and continuing until June 29, 2016, in Harrison County, in the Southern Division of the Southern District of Mississippi and elsewhere, the defendant, **MARIA BETANCOURT CASTILLO**, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to possess with intent to distribute a controlled substance, did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Section 4, Title 18, United States Code.

_____
GREGORY K. DAVIS
United States Attorney